COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



| | § | |
|---|---|---|
| IN RE: | | No. 08-19-00132-CV |
| | § | |
| IES RESIDENTIAL, INC. AND | | AN ORIGINAL PROCEEDING |
| JEREMY SERNAS, | § | |
| | | IN MANDAMUS |
| Relators. | § | |
| | | |
| | § | |

## **MEMORANDUM OPINION**

Relators, IES Residential, Inc. and Jeremy Sernas, have filed a mandamus petition against the Honorable Sergio H. Enriquez, Judge of the 448th District Court of El Paso County, Texas, asking that we order Respondent to vacate an order denying their Amended Motion for Leave to Designate Responsible Third Party. The petition for writ of mandamus is denied.

Generally, mandamus relief is appropriate only to correct a clear abuse of discretion or to compel the performance of a ministerial duty, and where the relator has no adequate remedy by appeal. *In re Reece*, 341 S.W.3d 360, 364 (Tex. 2011)(orig. proceeding); *In re Prudential Insurance Company of America*, 148 S.W.3d 124, 135-36 (Tex. 2004)(orig. proceeding). The burden is on relator to show it is entitled to mandamus relief. *See In re Ford Motor Company*, 165 S.W.3d 315, 317 (Tex. 2005)(orig. proceeding); *Walker v. Packer*, 827 S.W.2d 833, 837 (Tex. 1992)(orig. proceeding). After reviewing the mandamus petition and the mandamus record, we conclude that Relators have failed to show they are entitled to mandamus relief. Accordingly, we

deny the petition for writ of mandamus.

GINA M. PALAFOX, Justice

May 21, 2019

Before McClure, C.J., Rodriguez, and Palafox, JJ.